FLORENCE KINSEY, Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 10955

September 15, 1978                                        584 P.2d 158

*Jeffrey D. Sobel,* Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *Geraldine Zucker,* Deputy, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal from an order denying a pretrial habeas

corpus challenge to a justice court's order denying Florence Kinsey's motion for the production of certain records.

There is no provision in the habeas corpus statutes (NRS 34.360–NRS 34.680) which permits a pretrial challenge to an order denying a motion for discovery. Neither is there a provision for interlocutory appellate review of such orders.[1] Therefore, the habeas petition was not cognizable in the district court. Accordingly, we vacate the district court's order and remand this case with instructions to dismiss the petition for a writ of habeas corpus. *Cf.* Sheriff v. Toston, 93 Nev. 394, 566 P.2d 411 (1977).

[1] *Cf.* Franklin v. District Court, 85 Nev. 401, 455 P.2d 919 (1969), where this court ruled that appellate review of such orders is postponed until entry of a final judgment of conviction.